```
 1  ADAM L. BRAVERMAN
    United States Attorney
 2  AARON P. ARNZEN
    ANDREW J. GALVIN
 3  Assistant United States Attorneys
    California Bar Nos. 218272/261925
 4  United States Attorney's Office
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone (619) 546-8384/9721
 6
    Attorneys for Plaintiff
 7  United States of America
```

 8 UNITED STATES DISTRICT COURT

 9 SOUTHERN DISTRICT OF CALIFORNIA

| 10 | UNITED STATES OF AMERICA, | Case No. 18CR3071-WQH |
|---|---|---|
| 11 | Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| 12 | v. | |
| 13 | GANNON GIGUIERE (1), OLIVER LINDSAY (2), | |
| 14 | Defendants. | |
| 15 | | |

16

17  Plaintiff, the United States of America, by and through its counsel, Adam L.
18  Braverman, United States Attorney, and Aaron P. Arnzen and Andrew J. Galvin,
19  Assistant United States Attorneys, hereby files the following Bill of Particulars for
20  Forfeiture of Property.

21  Based upon the violations of Title 18, United States Code, Section 371, as
22  alleged in Counts 1 and 3 of the Indictment, and the violations of Title 15,
23  United States Code, Sections 78j(b), 78ff, and Title 17, Code of Federal Regulations,
24  Section 240.10b-5, as alleged in Counts 2 and 4 of the Indictment, the United States
25  seeks forfeiture of the following additional properties as proceeds of the offenses
26  pursuant to Title 18, United States Code, Section § 981(a)(1)(C) and Title 28,
27  United States Code, Section 2461(c):

28  //

a) One 2017 Ferrari F12 Berlin, VIN ZFF74UFA1H0220173, registered to Gannon Giguiere;

b) One 2017 Land Rover, VIN SALGS5FE2HA321187, registered to Gannon Giguiere;

c) $35,000 seized from Bank of America, account number xxxxxxxx8861 in the name of Phenix Ventures, LLC;

d) $190,000 seized from Bank of America, account number xxxxxxxx7919 in the name of Gannon Giguiere;

e) $248,228.60 seized from Wilson-Davis, account number xxxx1778 in the name of Phenix Ventures, LLC and Gannon Giguiere;

f) Real property located at 4633 Perham Road, Corona del Mar, California 92625; APN 475-043-08; Lot 124 of Tract 3357, in the City of Newport Beach, the County of Orange, State of California, as shown on a Map thereof recorded in Book 107 Pages 1 to 7, inclusive of Miscellaneous Maps, in the Office of the County Recorder of said County; owned by Gannon K. Giguiere, Trustee of the Giguiere Family Trust Established March 17, 2005;

g) Real property located at 226 Villa Point Drive, Newport Beach, California 92660; APN 939-635-68; Unit 72, Lot 2 of Tract 11937, in the City of Newport Beach, the County of Orange, State of California, as shown on a Map thereof recorded in Book 656 Pages 24 to 29, inclusive of Miscellaneous Maps, in the Office of the County Recorder of said County; owned by Gannon K. Giguiere, Trustee of the Giguiere Family Trust Established March 17, 2005, in the amount of $44,074.58 in proceeds of the offenses plus all appreciation attributable to that sum used to purchase and maintain said real property.

DATED: July 26, 2018.

ADAM L. BRAVERMAN
United States Attorney

s/ Aaron P. Arnzen
AARON P. ARNZEN
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE (1),<br>OLIVER LINDSAY (2),<br><br>    Defendants. | Case No. 18CR3071-WQH<br><br>CERTIFICATE OF SERVICE |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED that:

    I, Aaron P. Arnzen, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the foregoing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    Ashley L. Baynham
    2.    Stephen R. Cook
    3.    Michael Lipman

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 26, 2018.

    s/ Aaron P. Arnzen
    AARON P. ARNZEN