ADAM BRAVERMAN
United States Attorney
AARON P. ARNZEN, Cal Bar No. 218272
ANDREW J. GALVIN, Cal Bar No. 261925
Assistant U.S. Attorneys
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Tel: (619) 546-8384
Email: Aaron.Arnzen@usdoj.gov; Andrew.Galvin@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GANNON GIGUIERE (1),<br>OLIVER LINDSAY (2),<br><br>Defendants. | Case No. 18CR3071-WQH<br><br>**JOINT MOTION FOR PROTECTIVE ORDER** |

The parties, United States of America, by and through its counsel Adam Braverman, United States Attorney, and Aaron P. Arnzen and Andrew J. Galvin, Assistant United States Attorneys, and the above-captioned defendants, through their attorneys, hereby jointly move pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure for this Court to enter a Protective Order pertaining to pretrial discovery, to prevent unnecessary disclosure of personally identifiable information, and to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations, and unrelated third parties. The parties jointly agree to the following:

1. Any discoverable documents that were filed under seal in this case are unsealed for the limited purpose of allowing the United States to provide them to each defendant and defense counsel (including co-counsel, paralegals, investigators,

consultants, experts, litigation support personnel, and secretarial staff) ("the defense") in discovery.

    2.    All discovery produced by the United States in this case is for use by the defense solely for purposes of these proceedings, including investigating, preparing for trial, trial, and any appeals of this matter, and for no other purpose.

    3.    The defense may not distribute, disseminate, disclose, or exhibit discovery materials to any person who is not a part of the defense, except as further set forth herein.

    4.    The defense shall take all reasonable steps to: (a) maintain the confidentiality of the discovery, and (b) safeguard the discovery produced in this case from disclosure to or review by any third party.

    5.    The defense may show witnesses, and their attorneys, discovery materials as necessary for the preparation of the defense, but may not give copies or the materials to witnesses absent further Order of the Court.

    6.    To the extent that any of the criminal discovery materials contain any individual's personal information, within the meaning of General Order 514, the defense shall redact any filings referencing or containing said materials in a manner consistent with General Order 514.

    7.    The defense shall return or destroy any and all copies of the discovery to the United States within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

    8.    If defense counsel withdraws or is disqualified from participation in this case, the defense shall return or destroy any discovery produced pursuant to the Order to the United States within 10 days.

/ /

/ /

9. Each counsel of record shall ensure that every member of his/her defense team is advised of the Order and agrees to be bound by its terms.

DATED: August 7, 2018                Respectfully Submitted,

ADAM BRAVERMAN
United States Attorney

*/s/Aaron P. Arnzen*
AARON P. ARNZEN
ANDREW J. GALVIN
Assistant United States Attorneys

DATE: August 7, 2018                 */s/ Stephen R. Cook*
STEPHEN R. COOK
ASHLEY L. BAYNHAM
Attorneys for Defendant
GANNON GIGUIERE (1)

DATE: August 7, 2018                 */s/ Michael Lipman*
MICHAEL LIPMAN
KAREN ALEXANDER
Attorneys for Defendant
OLIVER LINDSAY (2)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br><br>GANNON GIGUIERE (1),<br>OLIVER LINDSAY (2),<br><br>Defendants. | Case No.: 18CR3071-WQH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Aaron P. Arnzen, am a citizen of the United States and am at least 18 years of age.  My business address is 880 Front Street, San Diego, California 92101-8893.

I am not a party to this case.  I have caused service of the attached Motion on the parties to this case by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2018.

/s/ Aaron P. Arnzen
AARON P. ARNZEN