UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  18CR3071-WQH |
|---|---|
| Plaintiff, | ORDER DIRECTING IMMEDIATE INTERLOCUTORY SALE OF REAL PROPERTY BY DEFENDANT AND FOR DEPOSIT OF FUNDS FROM SALE TO THE U.S. MARSHALS SERVICE |
| v. | |
| GANNON GIGUIERE (1), | |
| Defendant. | |

The Parties have filed a Joint Motion stipulating and agreeing to the immediate interlocutory sale of real property subject to forfeiture in this case. Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1. Defendant is ordered and directed to forthwith sell the real property located at **4633 Perham Road, Corona del Mar, California 92625; APN 475-043-08**; Lot 124 of Tract 3357, in the City of Newport Beach, the County of Orange, State of California, as shown on a Map thereof recorded in Book 107 Pages 1 to 7, inclusive of Miscellaneous Maps, in the Office of the County Recorder of said County pursuant to the terms of the stipulation between the parties.

//

2. Following the sale, Defendant Giguiere shall deposit with the U.S. Marshals Service, pending further order of the Court, the amount of $1,808,273.50 of the net proceeds of sale, plus the net appreciation in the value of the property since its purchase by Gannon K. Giguiere, Trustee of the Giguiere Family Trust Established March 17, 2005, minus any expenses incurred pursuant to paragraph 9(b) (hereinafter, the "Forfeit Amount"). The Parties have not calculated the net appreciation in the value of the property, but for purposes of the Joint Motion, the Parties agreed that such amount, prior to any reduction for expenses incurred pursuant to paragraph 9(b), shall not exceed $270.868.95 if the property is sold within 120 days of the date of the this Order granting the Joint Motion.

3. The amount deposited with the U.S. Marshals Service will be a substitute res subject to forfeiture in place of the property that was sold.

4. The real property will not be sold for less than the total of the amounts described in paragraphs 9(e)(1)-(3) of the Joint Motion, unless otherwise ordered by this Court.

5. The Defendant is directed to comply with all the other terms and conditions of the Joint Motion.

6. The validity and priority of any other claims made pursuant to Title 21, United States Code, Section 853(n) will be determined at an ancillary proceeding, contingent upon and following a judgment in the criminal case and the Court's entry of a final order of forfeiture to the United States.

IT IS SO ORDERED.

Dated: October 9, 2018

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court