# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR3071-WQH |
|---|---|
| Plaintiff, | ORDER ON RETURN OF A PORTION OF SEIZED FUNDS |
| v. | |
| GANNON GIGUIERE (1), | |
| Defendant. | |

Having reviewed the foregoing Joint Motion (ECF No. 102) and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion is approved and the parties are directed as follows:

1. The parties have met and agreed that $166,983.40 of the funds that were deposited with the U.S. Marshals Service pursuant to the Deposit Order should be returned to Defendant Giguiere through his counsel of record.

2. Defendant Giguiere has warranted and represented as material facts that no other person or interest has any claim or interest in these funds, and that Defendant's counsel of record are authorized to receive the returned funds.

3. Defendant's attorneys shall complete and submit a UFMS form for the returned funds. The U.S. Marshals Service shall process such forms for payment in the ordinary course of business.

4.     The return of funds does not constitute any sort of admission of liability on the part of the United States for the seizures and any subsequent forfeitures ordered in this case.

5.     The balance of the funds seized pursuant to the Deposit Order shall be held in the custody of the Department of Justice Seized Asset Deposit Fund pending further order of the United States District Court.

6.     The validity and priority of any other claims to the funds seized pursuant to the Deposit Order made pursuant to Title 21, United States Code, Section 853(n) will be determined at an ancillary proceeding, contingent upon and following a judgment in the criminal case and the Court's entry of order(s) of forfeiture to the United States.

7.     The rights of the parties against the balance of the funds seized pursuant to the Deposit Order are hereby reserved.

IT IS SO ORDERED.

Dated: April 11, 2019

Hon. William Q. Hayes
United States District Court