Michael Cedillos (SBN 284794)
**GREENBERG TAURIG, LLP**
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel.: (602) 445-8000
cedillosm@gtlaw.com

Miriam Bahcall (*pro hac vice*), IL ARDC #6191823, bahcallm@gtlaw.com
John F. Gibbons (*pro hac vice*), IL ARDC #6190493, gibbonsj@gtlaw.com
Attorneys for Defendant Gannon Giguiere

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>　　　Plaintiff,<br><br>v.<br><br>Gannon Giguiere (1), and<br>Oliver Lindsay (2),<br><br>　　　Defendants. | CASE NO. 18-CR-3071 WQH<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

　　　Defendant Gannon Giguiere hereby moves this Court for an Order modifying his pretrial release conditions to allow for brief travel to Cooperstown, NY. In support, Mr. Giguiere states:

　　　1.　On June 29, 2018, Mr. Giguiere was charged in an Indictment with violating: 18 U.S.C. § 371 (Conspiracy to Commit Securities Fraud); 15 U.S.C. §§ 78j(b), 78ff, and 17 C.F.R. § 240.10b-5 (Securities Fraud); 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 2461(c) (forfeiture).

　　　2.　On July 11, 2018, and August 7, 2018, the Court entered pretrial release orders restricting Mr. Giguiere's travel to San Diego County, CA. (ECF Nos. 19, 36).

　　　3.　Mr. Giguiere requests that the conditions of his release be modified to allow for Mr. Giguiere's brief travel Cooperstown, NY, from August 2, 2019, to August 9, 2019.

　　　　　a.　Mr. Giguiere proposes that, on August 2, he will fly from Orange County, CA, to Chicago, IL, to Syracuse, NY. Mr. Giguiere's layover in Chicago

will last only fifty minutes. He will then drive directly to Cooperstown, NY, which is located approximately one hour and forty minutes from Syracuse.

    b. Mr. Giguiere proposes that, on August 9, he will fly from Syracuse, NY, to Chicago, IL, to Orange County, CA. Mr. Giguiere's layover in Chicago will last only one hour and thirty minutes. Mr. Giguiere will then drive directly home.

4. Mr. Giguiere donates his time to coach a travel baseball team of twelve-year-old athletes based in Orange County, CA. The team is traveling to Cooperstown, NY, the home of the National Baseball Hall of Fame, to play in a nationwide tournament at Cooperstown Dream Park. Mr. Giguiere will be staying with the team for the entirety of the trip as a Coach and Chaperone, and the trip will concern neither the events in the Indictment nor witnesses to this case.

5. Pretrial services has approved Mr. Giguiere's trip. And neither pretrial services nor the government objects to Mr. Giguiere's trip.

WHEREFORE, Mr. Giguiere respectfully requests that the Court enter an Order:

    i. Modifying the conditions of his release to allow for travel to Cooperstown, NY, from August 2, 2019, to August 9, 2019; and

    ii. Directing that all other terms and conditions of his pretrial release remain the same.

RESPECTFULLY SUBMITTED this 26th day of July, 2019.

GREENBERG TRAURIG, LLP

By: /s/ Miriam Bahcall
Michael Cedillos
Miriam Bahcall*
John F. Gibbons*
*Pro Hac Vice

*Attorneys for Defendant Gannon Giguiere*

# CERTIFICATE OF SERVICE

I hereby certify that on <u>July 26, 2019</u>, I caused to be filed electronically **DEFENDANT'S UNOPPOSED MOTION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

| | |
|---|---|
| ROBERT S. BREWER, JR.<br>UNITED STATES ATTORNEY<br>AARON P. ARNZEN<br>ANDREW J. GALVIN<br>Assistant United States Attorneys<br>United States Attorney's Office<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>Tel: 619-546-8384/9721<br>Emails: Aaron.Arnzen@usdoj.gov<br>Andrew.Galvin@usdoj.gov<br><br>*Attorneys for Plaintiff United States of America* | MICHAEL L. LIPMAN<br>KAREN LEHMANN ALEXANDER<br>DUANE MORRIS LLP<br>750 B Street, Suite 2900<br>San Diego, CA 92101-4681<br>Tel: 619.744.2200<br>Emails: mllipman@duanemorris.com<br>klalexander@duanemorris.com<br><br>*Attorneys for Defendant Oliver Lindsay* |

By:    */s/ Miriam Bahcall*
       MIRIAM BAHCALL
Attorney for Defendant Gannon Giguiere
E-mail: bahcallm@gtlaw.com

4