# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18CR3071 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GANNON GIGUIERE, | |
| Defendant. | |

Upon due deliberation and consideration of the Unopposed Motion for Modification of Pretrial Release Conditions (ECF No. 136) filed on July 26, 2019 by Defendant Gannon Giguiere is granted, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

i. Defendant's bail is hereby modified to allow for travel to Cooperstown, NY from August 2, 2019 to August 9, 2019; and

ii. Directing that all other terms and conditions of his pretrial release to remain the same.

DATED: July 29, 2019

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge