FILED

AUG 09 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 18-CR-3071-WQH |
|---|---|
| Plaintiff, | ORDER |
| V. | |
| GANNON GIGUIERE (1), | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) One (1) of the Superseding Indictment.

Dated: 8/9/19

_____
Hon. William Q. Hayes
United States District Judge

18-CR-3071-WQH