Michael Cedillos (SBN 284794)
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel.: (602) 445-8000
cedillosm@gtlaw.com

Miriam Bahcall (*pro hac vice*), IL ARDC #6191823, bahcallm@gtlaw.com
John F. Gibbons (*pro hac vice*), IL ARDC #6190493, gibbonsj@gtlaw.com
Attorneys for Defendant Gannon Giguiere

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>    Plaintiff,<br><br>v.<br><br>Gannon Giguiere (1), and<br>Oliver Lindsay (2),<br><br>    Defendants. | CASE NO.  18-CR-3071 WQH<br><br>**UNOPPOSED MOTION TO CONTINUE THE SENTENCING DATE TO DECEMBER 9, 2019** |

Defendant Gannon Giguiere, by and through his counsel, John F. Gibbons, Miriam G. Bahcall, and Michael R. Cedillos (collectively, the "parties") hereby moves this Court for an Order continuing the sentencing date from October 28, 2019 to December 9, 2019, or any other date convenient for the Court. This Motion is unopposed. In support, Mr. Giguiere states:

1. On July 23, 2019, the Court set a sentencing date of October 28, 2019. ECF No. 131. The Court ordered a Pre-Sentence Report ("PSR") to accompany Mr. Giguiere's sentencing. *See id*.

2. Per the local rules, the Probation Officer's PSR is due to be filed with the Court thirty-five (35) days prior to the sentencing date—in this case, by September 23, 2019. CrimLR 32.1(a)(3).

3. The Probation Officer tasked with drafting Mr. Giguiere's PSR has intimated to Mr. Giguiere's counsel that this current deadline does not leave her much time to conduct

her investigation, given the complex nature of the case and the financial documentation that she will have to review. A continuance of the sentencing date will ensure that the Probation Officer has the adequate time to conduct a thorough investigation to inform her PSR.

4. In addition, a continuance of the sentencing date will afford Mr. Giguiere and the government the time necessary to fulfill the terms of Mr. Giguiere's plea agreement.

5. Therefore, in order to ensure that (i) the Court receives a well-considered PSR that can adequately assist the Court at sentencing, and (ii) Mr. Giguiere and the government have adequate time to fulfill the terms of Mr. Giguiere's plea agreement, Mr. Giguiere requests that his sentencing date be continued to December 9, 2019.

6. The government does not oppose this request.

WHEREFORE, Mr. Giguiere respectfully requests that the Court enter an Order:

i. Continuing Mr. Giguiere's sentencing date from October 28, 2019 to December 9, 2019, or any other date convenient for the Court; and

ii. Directing that all other dates and deadlines correspond to the new sentencing date

RESPECTFULLY SUBMITTED this 3rd day of September, 2019.

GREENBERG TRAURIG, LLP

By: */s/ John F. Gibbons*
Michael Cedillos
Miriam Bahcall*
John F. Gibbons*
*Pro Hac Vice

*Attorneys for Defendant Gannon Giguiere*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, I caused to be filed electronically Defendant Gannon Giguiere's **UNOPPOSED MOTION TO CONTINUE THE SENTENCING DATE TO DECEMBER 9, 2019** with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

| | |
|---|---|
| ROBERT S. BREWER, JR.<br>UNITED STATES ATTORNEY<br>AARON P. ARNZEN<br>ANDREW J. GALVIN<br>Assistant United States Attorneys<br>United States Attorney's Office<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>Tel: 619-546-8384/9721<br>Emails: Aaron.Arnzen@usdoj.gov<br>Andrew.Galvin@usdoj.gov<br><br>*Attorneys for Plaintiff United States of America* | MICHAEL L. LIPMAN<br>KAREN LEHMANN ALEXANDER<br>DUANE MORRIS LLP<br>750 B Street, Suite 2900<br>San Diego, CA 92101-4681<br>Tel: 619.744.2200<br>Emails: mllipman@duanemorris.com<br>klalexander@duanemorris.com<br><br>*Attorneys for Defendant Oliver Lindsay* |

By:  /s/ John F. Gibbons
JOHN F. GIBBONS
Attorney for Defendant Gannon Giguiere
E-mail: gibbonsj@gtlaw.com

ACTIVE 45573028v4