# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>　　　　Plaintiff,<br><br>v.<br><br>Gannon Giguiere (1), and Oliver Lindsay (2),<br><br>　　　　Defendants. | CASE NO. 18-CR-3071 WQH<br><br>**ORDER ON UNOPPOSED MOTION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

Upon due deliberation and consideration of the Unopposed Motion for Modification of Pretrial Release Conditions ("Motion") (ECF No. 155) filed on October 4, 2019 by Defendant Gannon Giguiere, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

　　i.　Defendant's bail is hereby modified to allow for travel to Ashland, OR from October 5, 2019 to October 12, 2019; and

　　ii.　Directing that all other terms and conditions of his pretrial release to remain the same.

Dated:  October 7, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　　　United States District Court