*CONTAINS CONFIDENTIAL INFORMATION – REDACTED VERSION*

Michael Cedillos (SBN 284794)
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel.: (312) 456-8400
cedillosm@gtlaw.com

Miriam Bahcall (*pro hac vice*), IL ARDC #6191823, bahcallm@gtlaw.com
John F. Gibbons (*pro hac vice*), IL ARDC #6190493, gibbonsj@gtlaw.com
Attorneys for Defendant Gannon Giguiere

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>　　Plaintiff,<br><br>v.<br><br>Gannon Giguiere (1), and<br>Oliver Lindsay (2),<br><br>　　Defendants. | CASE NO. 18-CR-3071 WQH<br><br>**DEFENDANT GANNON GIGUIERE'S SUPPLEMENTAL SUBMISSION CONCERNING SENTENCING**<br><br>Sentencing: May 12, 2022<br>Time: 9:00 a.m.<br><br>**The Hon. William Q. Hayes** |

Defendant Gannon Giguiere, by and through his counsel of record, respectfully submits the following Supplemental Submission Concerning Sentencing, updating his original Submission Concerning Sentencing (Dkt. 229) submitted on January 3, 2022, in light of recent events relating to ███████████.

As previously noted, Mr. Giguiere's ████████████████████████ ████████████████████████████████████. However, since Mr. Giguiere's original Submission Concerning Sentencing on January 3, 2022, ██████████████ ████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████.

Specifically, ████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████

1

1. ████████████████████████████████████████████████████████████████
2. ████████████████████████████████████████████████████████████████
3. ████████████████████████████████████████████████████████████████
4. ████████████████████████████████████████████████████████████████
5. ████████████████████████████████████████████████████████████████
6. ████████████████████████████████████████████████████████████████
7. ████████████████████████████████████████████████████████████████
8. ████████████████████████████████████████████████████████████████
9. ████████████████████████████████████████████████████████████████
10. ███████████████████████████████.
11. ███████████████████████████████████████████████████████████
12. ████████████████████████████████████████████████████████████████
13. ████████████████████████████████████████████████████████████████
14. ████████████████████████████████████████████████████████████████
15. ██████████████████████████████████████████████████████████
16. ███████████████████████████████████████████████████████████
17. ████████████████████████████████████████████████████████████████
18. ████████████████████████████████████████████████████████████████
19. ███████████████████████████████████████████████████████████
20. ███████████████████████████████████████████████████████████
21. ████████████████████████████████████████████████████████████████
22. ████████████████████████████████████████████████████████████████
23. ████████████████████████████████████████████████████████████████
24. ████████████████████████████████████████████████████████████████
25. ████████████████████████████████████████████████████████████████
26. ██████████████████████████████. We can gather and file corroborating ██████ records if the
27. court desires, but given the recency of these events and the upcoming sentencing hearing,
28. we wanted to get this supplemental submission on file now.

*CONTAINS CONFIDENTIAL INFORMATION – REDACTED VERSION*

RESPECTFULLY SUBMITTED this 5th day of May, 2022.

        GREENBERG TRAURIG, LLP

By: */s/ John F. Gibbons*
    Michael Cedillos
    Miriam Bahcall*
    John F. Gibbons*
    *Pro Hac Vice
    *Attorneys for Defendant Gannon Giguiere*

*CONTAINS CONFIDENTIAL INFORMATION – REDACTED VERSION*

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, I caused to be filed electronically this **DEFENDANT GANNON GIGUIERE'S SUPPLEMENTAL SUBMISSION CONCERNING SENTENCING** with the Clerk of the Court using the Court's CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

| | |
|---|---|
| ROBERT S. BREWER, JR.<br>UNITED STATES ATTORNEY<br>AARON P. ARNZEN<br>ANDREW J. GALVIN<br>Assistant United States Attorneys<br>United States Attorney's Office<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893<br>Tel: 619-546-8384/9721<br>Emails: Aaron.Arnzen@usdoj.gov<br>Andrew.Galvin@usdoj.gov<br><br>*Attorneys for Plaintiff United States of America* | MICHAEL L. LIPMAN<br>KAREN LEHMANN ALEXANDER<br>DUANE MORRIS LLP<br>750 B Street, Suite 2900<br>San Diego, CA 92101-4681<br>Tel: 619.744.2200<br>Emails: mllipman@duanemorris.com<br>klalexander@duanemorris.com<br><br>*Attorneys for Defendant Oliver Lindsay* |

By:   */s/ John F. Gibbons*
     JOHN F. GIBBONS
     Attorney for Defendant Gannon Giguiere
     E-mail: gibbonsj@gtlaw.com